UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| HOLLY H. VOLZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: |
| | ) |
| CITY OF FORT WAYNE, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff Holly H. Volz alleges against Defendant that:

1. The Plaintiff is Holly H. Volz who filed a Charge of Discrimination, No. 24D-2019-00112 with the City of Fort Wayne Metro Human Relations Commission and the Equal Employment Opportunity Commission on or about January 11, 2019, a copy of which is attached hereto, made apart hereof, and incorporated herein as Exhibit A.

2. On March 3, 2021, the Metropolitan Human Relations Commission issued "The Determination Hearing" (Exhibit B) finding, in part, that the "evidence suggests that probable cause exists to believe that Respondent harassed Holly H. Volz on the basis of sex and retaliated against her [in violation] of Title VII of the Civil Rights Act of 1964, as amended and Fort Wayne General Ordinance G-21-78, as amended." The Metropolitan Human Relations Commission also issued on March 3, 2021 a Notification of a Mixed-Caused Finding (Probable Cause and No Probable Cause Finding), attached hereto as Exhibit C.

3. On July 28, 2021, the U.S. Department of Justice/Civil Rights Division issued a Notice

–1–

of Right to Sue on or about July 28, 2021 (Exhibit D) and this Complaint has been filed within ninety (90) days after receipt thereof.

4. The Defendant City of Fort Wayne/Fort Wayne Fire Department and is a municipality located at One East Main Street, Suite 901, Fort Wayne, Indiana 46802. Defendant City of Fort Wayne/Fort Wayne Fire Department is an "employer" for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.,* as amended ("Title VII").

5. Plaintiff contends that she was discriminated against and harassed on the basis of her sex (female) based upon the allegations set forth in the Charge of Discrimination No. 24D-2019-00112, as well as the findings and determinations made by the Metropolitan Human Relations Commission in "The Determination Hearing", both of which are attached hereto and made apart hereof as Exhibits A & B.

6. Plaintiff contends that she was discriminated against on the basis of her disability in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §12111 *et seq.*, as amended ("ADAAA"), based upon the allegations set forth in Plaintiff's Charge of Discrimination No. 24D-2019-00112, and the findings and determinations set forth in "The Determination Hearing", which are attached hereto and made apart hereof as Exhibits A & B.

7. Plaintiff contends that she retaliated against for reporting the discrimination and harassing she experienced, based upon the allegations set forth in Exhibits A & B; and the Metropolitan Human Relations Commission determined that there was Probable Cause to believe that the City of Fort Wayne retaliated against Plaintiff in violation of Title VII of the Civil Rights Act of 1964 as amended and Fort Wayne General

    Ordinance G-21-78.

8. As a direct and proximate cause of Defendant's discrimination, harassment, and retaliation against Plaintiff, Plaintiff's job was negatively impacted with respect to the terms, conditions, benefits, and privileges of her employment; Plaintiff lost income; Plaintiff experienced emotional distress, mental anguish, financial distress, inconvenience, humiliation, embarrassment, integration, and other damages for which Plaintiff claim compensatory damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant for loss of income, back pay, compensatory damages, cost of this action, reasonable attorney's fees and costs, and for all other just and proper relief available under Title VII and the ADA/ADAAA.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

    Respectfully submitted,

    **MYERS ♦ SMITH ♦ WALLACE, LLP**

    */s/Christopher C. Myers*
    Christopher C. Myers, #10043-02
    809 South Calhoun Street, Suite 400
    Fort Wayne, IN 46802
    Telephone:   (260) 424-0600
    Facsimile:   (260) 424-0712
    E-mail:   cmyers@myers-law.com
    *Counsel for Plaintiff*