**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| HOLLY H. VOLZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:21-cv-00340-DRL-SLC |
| | ) |
| CITY OF FORT WAYNE, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

COMES NOW the parties, by their respective counsel, and hereby stipulate and agree that this matter and all claims asserted in this matter, shall be dismissed with prejudice. All parties to bear their own fees and costs.

Respectfully Submitted,

 /s/ Christopher C. Myers

Christopher C. Myers, #10043-02
809 S. Calhoun Street, Suite 400
Fort Wayne, IN 46802
*Counsel for Plaintiff*

 /s/ Gary D. Johnson
Gary D. Johnson, #16082-03
Beckman Lawson LLP
201 West Wayne Street
Fort Wayne, IN 46802
*Counsel for Defendant*